# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| COLOR IMAGE APPAREL, INC.,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>JOHN P. GRAHAM, ALEXANDRA DOERSCH, LEGSONLY.COM, and DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　　　　　　Defendants. | Case No. 17-CV-442-JPS<br><br><br>**ORDER** |

On October 9, 2017, Plaintiff filed a notice of dismissal of this action without prejudice. (Docket #9). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of dismissal (Docket #9) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 10th day of October, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge